UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 02-326 (JNE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION OF UNITED STATES** |
| | ) | **FOR DETENTION WITHOUT** |
| EDWARD LEE MAY, | ) | **BAIL PENDING TRIAL** |
| | ) | |
| Defendant. | ) | |

The United States of America, by its attorneys, Rachel K. Paulose, United States Attorney for the District of Minnesota, and Erika R. Mozangue, Assistant United States Attorney, moves for the detention of the defendant without bail pending trial on the following grounds:

1. Under Title 18, United States Code, Section 3142(f)(2)(A), there is a serious risk that defendant will flee.

2. Under Title 18, United States Code, Section 3142(F) there is no condition or combination of conditions of release in Title 18, United States Code, Section 3142(c) which will reasonably assure the safety of the community and the appearance of the defendant as required.

3. The United States also respectfully requests a three-day continuance of the detention hearing, pursuant to Title 18, United States Code, Section 3142(f).

Dated: June 15, 2006

RACHEL K. PAULOSE
United States Attorney

s/Tricia A. Tingle for
BY: ERIKA R. MOZANGUE
Assistant U.S. Attorney
Attorney ID No. 244570