PROCEEDINGS BEFORE UNITED STATES MAGISTRATE JUDGE **MARY KAY KLEIN**

# FIRST APPEARANCE

Criminal No. CR 02-326(1) ( JNE / RLE ) Date of Hearing June 15, 2006 Time in Court 3:15 – 3:25
Judge MJ

**United States of America v. Edward Lee May**

Tape: Yes Court Reporter & Agency: ____

Erika R. Mozangue
Assistant U.S. Attorney

____
Appearance on behalf of defendant

Counsel to be: ( X ) appointed ( ) retained

Interpreter: N/A Language: ____

Date Charges Filed: June 2, 2006

Offense: Violation of Supervised Release

( ) Charges read into record ( X ) Waived reading of charges ( X ) Advised of Rights

On: ( ) Indictment ( ) Information ( ) Complaint Violation of: ( ) Pretrial Release ( X ) Supervised Release

( ) **Charges from other District** ____
Which District Court

( X ) Government moves for detention.
Motion is: ( X ) granted, temporary detention ordered ( ) denied ( ) Moot-defendant currently serving sentence

**Bond: Not Applicable**

Next appearance date is Monday, June 19, 2006 (Date) at 2:30 p.m. (Time) at

U. S. Federal Courthouse, Courtroom 8E, 300 South Fourth Street, Minneapolis, Minnesota (Address) before

Honorable Arthur J. Boylan (Magistrate Judge) for: ( X ) detention hrg ( X ) preliminary revocation hrg ( ) removal hrg

Additional Information: ____

( X ) Defendant denies being under influence of drugs/alcohol.
( X ) Defendant can hear and understand me.
( X ) Defendant is financially unable to obtain adequate representation.

/s/Magistrate Judge Mary Kay Klein
Mary Kay Klein
United States Magistrate Judge