# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Edward Lee May,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 02-326(1) JNE/RLE

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Thomas Shiah, Attorney ID No. 100365, shall appear as appointed counsel of record for the above named defendant in this case.

Dated: June 16, 2006

*s/Katherian D. Roe*
KATHERIAN D. ROE
Attorney ID No. 214668
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858