**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Edward Lee May, Defendant. | ) | **COURT MINUTES - CRIMINAL** BEFORE: BOYLAN U.S. Magistrate Judge |

Case No: 02-326(1) JNE/RLE
Date: 6/19/06
Court Reporter: None
Tape Number:
Time Commenced: 2:40 p.m.
Time Concluded: 2:55 p.m.
Time in Court: 15 Minutes

____ **PRELIMINARY HRG ONLY** _____ **DETENTION HRG ONLY**

√ **PRELIMINARY REVOCATION/DETENTION HRG**

APPEARANCES:

**Plaintiff**: Erika Mozangue
Assistant U.S. Attorney

**Defendant:** Thomas Shiah
☐ FPD √ CJA ☐ Retained ☐ Appointed

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** √ **Supervised Release**

√ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence

☐ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and is ordered to appear before _________________on___________________.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information:
Ms. Pemberton was sworn in and testified.
Final Revocation Hearing is before JNE on Tuesday, June 27 at 9:30 a.m., in Mpls Courtroom 12W.

s/Kathy Thobe
Signature of Judicial Assistant