UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-326(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD LEE MAY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER OF DETENTION** |

This matter came before the Court on June 19, 2006, for an preliminary and detention hearing on a supervised release violation. The Defendant was present and represented by Thomas Shiah, Esq. The United States was represented by Erika R. Mozangue, Assistant United States Attorney.

The issue of probable cause was waived by the Defendant. The Defendant entered denials to the alleged violations of supervised release. The United States moved for detention.

Counsel for both parties presented arguments in support of their position on the issue of detention. Counsel for the defendant also presented the testimony of LaNae Pemberton, the defendant's grandmother.

Based upon the argument of counsel and evidence presented, the Court concludes that the government has made a clear and convincing showing that no condition or combination of conditions of bond will reasonably ensure the safety of the

community and the defendant's

appearance in court. Accordingly,

IT IS HEREBY ORDERED

1. The motion of the United States for detention of the defendant is granted;

2. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

3. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding

4. The Final Revocation Hearing is scheduled before Judge Ericksen on Tuesday June 27, 2006 at 9:30 a.m. in Courtroom 12W in Minneapolis.

Dated: June 20, 2006

s/ Arthur J. Boylan
The Honorable Arthur J. Boylan
United States Magistrate Judge
District of Minnesota