A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
JUN 15 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

V.

Edward Lee May

**WARRANT FOR ARREST**

CASE NUMBER: **CR 02-326 (1) JNE/RLE**

0641-0602-1041-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Edward Lee May

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Joan N. Ericksen, United States District Court Judge.

Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk

June 2, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 6-15-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
JUN 16 2006
U.S. DISTRICT COURT

criminal\warrant.frm DC Modified 12/08/04