**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDWARD LEE MAY,

Defendant.

02cr326 (JNE/RLE)

**NOTICE OF SUPERVISED RELEASE REVOCATION HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for **a SUPERVISED RELEASE REVOCATION HEARING** on Wednesday, September 19, 2007 at 11:00 a.m., before Judge Joan N. Ericksen, Courtroom 13E, Minneapolis. Counsel are directed to check the kiosk on the 1st Floor of the Federal Courthouse in Minneapolis, Minnesota for any change in location.

DATED: September 14, 2007.

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Calendar Clerk*

cc: Ms. Erika R. Mozangue
Ms. Katherian D. Roe
Ms. Joan L. White, Probation Officer