**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Edward May,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: BOYLAN<br>U.S. Magistrate Judge<br><br>Case No: 02-326 JNE/RLE<br>Date: 9/14/07<br>Court Reporter: None<br>Tape Number:<br>Time Commenced: 2:00 p.m.<br>Time Concluded: 2:02 p.m.<br>Time in Court: 2 Minutes |

____ **PRELIMINARY HRG ONLY** _____ **DETENTION HRG ONLY**

√ **PRELIMINARY REVOCATION HRG**

APPEARANCES:

**Plaintiff**: Erika Mozangue
Assistant U.S. Attorney

**Defendant:** Katherian Roe
√ FPD ☐ CJA ☐ Retained ☐ Appointed

Interpreter: n/a

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** √ **Supervised Release**

√ Defendant waived the preliminary revocation and detention hearing and is detained.

√ Deft bound over to District Court of Minnesota

√ Defendant's next appearance is before Judge Joan N. Ericksen at 11:00 a.m. on September 19, 2007, for a final revocation hearing.

s/Kathy Thobe
Signature of Judicial Assistant