A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
SEP 17 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

v.

Edward Lee May

## WARRANT FOR ARREST

0741-0720-1120-D

CASE NUMBER: **CR 02-326 JNE/RLE**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Edward Lee May

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Joan N. Ericksen, United States District Court Judge.

Stacey E. Kulevich

July 20, 2007 at Minneapolis, MN

(By) Stacey E. Kulevich, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____________

Date Received: ____________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 9-10-07
ARRESTED BY Sherburne Co.
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [signature]

SCANNED
SEP 18 2007
U.S. DISTRICT COURT ST. PAUL

criminal\warrant.frm

DC Modified 5/17/07